**Order filed December 19, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00774-CV

———————

**GILCHRIST COMMUNITY ASSOCIATION, Appellant**

**V.**

**COUNTY OF GALVESTON, TEXAS, Appellee**

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0076026**

## ORDER

This is an appeal from a judgment signed July 2, 2019. Appellant filed a timely post-judgment motion extending appellate timetables. The notice of appeal was due September 30, 2019. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on October 4, 2019, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is obligated to come forward with a reasonable explanation to support the

late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.